UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>   v.<br><br>REAL PROPERTY KNOWN AS 908 NORTH BOWDISH ROAD, SPOKANE, WASHINGTON, together with all appurtenances, fixtures, attachments, and improvements thereto and thereupon<br><br>                          Defendant,<br><br>JEFFREY JON FRANKLIN,<br><br>                          Claimant. | NO: 2:19-CV-0357-TOR<br><br>ORDER GRANTING SUMMARY JUDGMENT AND ENTRY OF FINAL ORDER OF FORFEITURE |

BEFORE THE COURT is the United States' Motion for Summary Judgment (ECF No. 21). Claimant has responded to the motion and represents that "there is no basis in fact or law to overcome the United States' motion." ECF Nos.

ORDER GRANTING SUMMARY JUDGMENT AND ENTRY OF FINAL
ORDER OF FORFEITURE ~ 1

1    30, 31.  There being no reason to delay entry of Judgment, the hearing set for

2    January 5, 2021, is vacated.

3    On October 21, 2019, the United States of America alleged in a Verified

4    Complaint for Forfeiture *In Rem* that the Defendant Property is subject to forfeiture

5    to the United States pursuant to 18 U.S.C. §§ 2253, 2254.  ECF No. 1.

6    The Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345

7    and 1355.  Venue is proper pursuant to 28 U.S.C. § 1355(b).  The Defendant

8    Property consists of the following:

> Real property known as 908 North Bowdish Road, Spokane, Washington, Parcel #: 45161.0839, legally described as follows:
>
> Lot 15, Block 3, Regos Addition to Opportunity, as per Plat recorded in Volume "X" of Plats, Page 15;
>
> Situate in the County of Spokane, State of Washington; together with all appurtenances, fixtures, attachment and improvements thereto and thereupon, and subject to all easements, restrictions, reservations and covenants of record.

15   On November 20, 2019, the Defendant Property was posted with the Notice

16   of Verified Complaint, the Verified Complaint of Forfeiture In Rem, and the Lis

17   Pendens.  ECF No. 7.  Service of Process was completed.  ECF Nos. 3, 6, and 12.

18   Two Claimants appeared.  First, JPMorgan Chase Bank, N.A., the

19   lienholder, entered into a settlement agreement with the United States.  ECF No.

20   18.  That agreement provides, *inter alia*, for the payment of the outstanding

ORDER GRANTING SUMMARY JUDGMENT AND ENTRY OF FINAL
ORDER OF FORFEITURE ~ 2

principal and interest due to the lienholder pursuant to a promissory note secured by a Deed of Trust. *Id.*

Second, Jeffrey Jon Franklin filed a claim to the property. ECF No. 9. His interest is now extinguished by his concession and the granting of the United States Motion for Summary Judgment. The Court finds the Defendant Property subject to forfeiture pursuant to 18 U.S.C. § 2254 for violations of 18 U.S.C. § 2252A(a)(2)(A), (b)(1) Receipt and Distribution of Child Pornography; and 18 U.S.C. § 2252A (a)(5)(B), (b)(2), Possession of Child Pornography. The United States is entitled to summary judgment as a matter of law because the Defendant Property promoted and facilitated Claimant Jeffrey Jon Franklin's viewing, downloading, and distribution of child pornography images and videos.

Accordingly, this Court finds that any and all actual and potential claimant's interest in the Defendant Property have been resolved, no other timely claims have been made, and a final order of forfeiture should be entered.

**ACCORDINGLY, IT IS ORDERED:**

1. The United States' Motion for Summary Judgment, ECF No. 21, is **GRANTED**.
2. The Defendant Property is **FORFEITED** to the United States of America, and no right, title, or interest shall exist in any other person, except pursuant to the terms of the Settlement Agreement between the

United States and JPMorgan Chase Bank, N.A., the lienholder, at ECF No. 18.

3. The United States and its agents and officers, are **COMMANDED TO SEIZE, ENTER, AND SECURE** the Defendant Property pursuant to 18 U.S.C. § 985, as this constitutes the final order of forfeiture. If necessary, the United States and its agents and officers shall evict and remove any and all occupants and take any other reasonably necessary action to secure and preserve the Defendant Property.

4. The United States shall dispose of the forfeited Defendant Property in accordance with law.

5. All pending deadlines, hearings and trial are **VACATED** as moot.

The District Court Executive is directed to enter this Order, enter **JUDGMENT** accordingly, provide copies to counsel, and **CLOSE** the file.

**DATED** December 18, 2020.



THOMAS O. RICE
United States District Judge

ORDER GRANTING SUMMARY JUDGMENT AND ENTRY OF FINAL ORDER OF FORFEITURE ~ 4